Eastern District of Kentucky
FILED
JAN - 8 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CRIMINAL ACTION NO. _____

UNITED STATES OF AMERICA                                                     PLAINTIFF

V.        **NOTICE BY UNITED STATES OF INTENT TO FILE**
          **INFORMATION AND MOTION FOR ARRAIGNMENT**

**JEROME HAHN**                                                              DEFENDANT

\* \* \* \* \*

The United States gives notice that it intends to file a criminal information charging **JEROME HAHN** with a felony violation. Therefore, the United States moves the Court to assign this matter a date for the filing of the information and an arraignment.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: /s/ Kate K. Smith
Kate K. Smith
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4855
FAX (859) 233-2533
kate.smith@usdoj.gov

CERTIFICATE OF SERVICE

On January 8, 2016, I mailed a copy of this notice and motion to:

> John Scorsine
> MACEAU LAW
> 3225 Templeton Gap Rd.
> Colorado Springs, CO 80907
> *Attorney for Jerome Hahn*

/s/ Kate K. Smith
Assistant United States Attorney